# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN THOMAS ENTLER,

      v.

MARYWAVE VAN DEREN, et al.,

JUDGMENT IN A CIVIL CASE

No. C10-5390BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1.   The Court **ADOPTS** the report and recommendation. Entler's application to proceed *in forma pauperis* is **DENIED** and Entler's claims are **DISMISSED without prejudice**.

| October 4, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                        *s / Mary Trent*
                        Deputy Clerk